## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES KEENAN BROWN, SR                                    Chapter 13

                        Debtor              Bankruptcy No. 14-18560-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this __21st__ day of __July__, 2016 upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

                                Jean K. FitzSimon
                                Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
WILLIAM B. SANDERSON JR
230 SOUTH BROAD ST
SUITE 1400
PHILADELPHIA, PA 19102-


Debtor:
CHARLES KEENAN BROWN, SR

1320 LEVICK STREET

PHILADELPHIA, PA 19111