United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-18560-jkf
Charles Keenan Brown, Sr                                                  Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Jul 22, 2016
                             Form ID: pdf900          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2016.
db           +Charles Keenan Brown, Sr,   1320 Levick Street,   Philadelphia, PA 19111-5515
cr           +Exeter Finance Corporation c/o Ascension Capital G,   P.O. Box 201347,
              Arlington, TX 76006-1347
13412377      Capital Recovery Systems, Inc.,   P.O. Box 1993,   Southgate, MI 48195-0993
13412378      Commonwealth of Pennsylvania,   P.O. Box 457,   Fairport, NY 14450-0457
13412379      Conserve,   P.O. Box 457,   Fairport, NY 14450-0457
13412380      Continental Service Group, Inc. Conserve,   P.O. Box 457,   Fairport, NY 14450-0457
13412381     +Daniel Horton Brown,   1320 Levick Street,   Philadelphia, PA 19111-5515
13412382      Department of Transportation,   Bureau of Driver License,   Harrisburg, PA 17123-0001
13457028     +Exeter Finance Corp.,   P.O. Box 167399,   Irving, TX 75016-7399
13414599     +Exeter Finance Corp.,   P.O. Box 201347,   Arlington, TX 76006-1347
13412383     +Exter Finance Corp,   P.O. Box 166008,   Irving, TX 75016-6008
13412384     +First National Collection Bureau, Inc.,   610 Waltham Way,   Sparks, NV 89434-6695
13473398     +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
13412390     +Midland Mortgage,   P.O. Box 26648,   Oklahoma City, OK 73126-0648
13412391      PA Department of Revenue,   1 Revenue Place,   Harrisburg, PA 17129-0001
13435610     +Philadelphia Municipal Court, Traffic Division,   800 Spring Garden Street,
              Philadelphia, PA 19123-2616,   Honorable Gary S. Glazer
13412392      Philadelphia Traffic Court,   800 Spring Garden Street,   P.O. Box 56301,
              Philadelphia, PA 19130-6301
13510203     +U.S. Department of Education,   PO Box 16448,   St. Paul, MN 55116-0448
13477384     +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
              Washington, DC 20410-0002
13412393     +US Department of Education,   P.O. Box 105028,   Atlanta, GA 30348-5028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Jul 23 2016 01:27:33   City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 23 2016 01:26:39
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 23 2016 01:27:21   U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13480303      E-mail/Text: bankruptcy@phila.gov Jul 23 2016 01:27:33   City of Philadelphia,
              Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA 19102-1595
13412385     +E-mail/Text: cio.bncmail@irs.gov Jul 23 2016 01:26:21   Internal Revenue Services,
              Centralized Insolvency Operation,   P.O. Box 7346,   Philadelphia, PA 19101-7346
13451822      E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 23 2016 01:27:14   Jefferson Capital Systems LLC,
              Po Box 7999,   Saint Cloud Mn 56302-9617
                                                                                        TOTAL: 6

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13412386*    +Internal Revenue Services,   Centralized Insolvency Operation,   P.O. Box 7346,
              Philadelphia, PA 19101-7346
13412387*    +Internal Revenue Services,   Centralized Insolvency Operation,   P.O. Box 7346,
              Philadelphia, PA 19101-7346
13412388*    +Internal Revenue Services,   Centralized Insolvency Operation,   P.O. Box 7346,
              Philadelphia, PA 19101-7346
13412389*    +Internal Revenue Services,   Centralized Insolvency Operation,   P.O. Box 7346,
              Philadelphia, PA 19101-7346
                                                                            TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2016                          Signature:  /s/Joseph Speetjens

District/off: 0313-2          User: Antoinett          Page 2 of 2          Date Rcvd: Jul 22, 2016
                             Form ID: pdf900           Total Noticed: 26

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2016 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor   MIDFIRST BANK agornall@kmllawgroup.com,
     bkgroup@kmllawgroup.com
        JASON BRETT SCHWARTZ    on behalf of Creditor    Exeter Finance Corp. jschwartz@mesterschwartz.com,
     jottinger@mesterschwartz.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM B. SANDERSON, JR.    on behalf of Debtor Charles Keenan Brown, Sr
     wsanderson@spearwilderman.com,   kbrand@spearwilderman.com
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com

                                                        TOTAL: 5

## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES KEENAN BROWN, SR                     Chapter 13


                    Debtor          Bankruptcy No. 14-18560-JKF


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

   **AND NOW**, this ⎯21st⎯ day of ⎯July⎯, 2016 upon consideration of the Motion
to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that
counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated
(if such has not been previously filed); and it is further

   **ORDERED**, that any wage orders are hereby vacated.

                              Jean K. FitzSimon
                              Bankruptcy Judge

William C. Miller, *Trustee*
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
WILLIAM B. SANDERSON JR
230 SOUTH BROAD ST
SUITE 1400
PHILADELPHIA, PA 19102-


Debtor:
CHARLES KEENAN BROWN, SR

1320 LEVICK STREET

PHILADELPHIA, PA 19111